**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING**

Appellate case name:      DHL Express (USA), Inc. v. Falcon Express International, Inc.

Appellate case number:    01-10-01080-CV

Trial court case number:  2008-66394

Trial court:                  157th District Court of Harris County

     Appellee's Motion for Rehearing is **denied**.  The points raised in the motion for rehearing were not briefed on appeal.  They may be presented to the trial court on remand.

Justice's signature:  /s/ Rebeca Huddle
                  Acting for the Court

Panel consists of:   Justices Jennings, Massengale and Huddle


Date: September 19, 2013